and Paul and Belize by Troy Roberts. Ms. Serritella? Thank you Judge. I would respectfully just reply in our brief unless anyone has any specific questions. We wrote a brief. Let me look here. Not a problem. Thank you very much. Very good. We will. We have read your brief. Mr. Roberts, do you have any response? No, I don't, Your Honor. I would do that. Counselor and I spoke also. I would stand on my brief unless there are any specific questions that the court has. Thank you both. It's the most efficient argument that I think I've ever had. We have read the briefs. We will take them obviously very seriously and get back to you with a written disposition on the case within a short time. Thank you both.